IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00387-GPG

JASON HILL,

     Applicant,

v.

WARDEN, FCI FLORENCE, Florence, Colorado,

     Respondent.

---

## ORDER TO FILE PRELIMINARY RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and accompanying memorandum of law (ECF No. 3) filed on February 25, 2015, in this case and pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate.  Respondent is directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies.  If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response.  Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in

the Application, as well as any responses to those grievances.  Applicant may reply to

the Preliminary Response and provide any information that might be relevant to his

efforts to exhaust administrative remedies.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order**

Respondent shall file a Preliminary Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the**

**Preliminary Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative

defense of exhaustion of administrative remedies, Respondent must notify the Court of

that decision in the Preliminary Response.

DATED March 25, 2015, at Denver, Colorado.

BY THE COURT:


 s/ Gordon P. Gallagher
United States Magistrate Judge