IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00387-GPG

JASON HILL,

      Applicant,

v.

WARDEN, FCI FLORENCE,

      Respondent.

_____

ORDER DRAWING CASE

_____

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a judge pursuant to D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and when applicable to a magistrate judge. *See* D.C.COLO.LCivR 40.1(a).

DATED May 13, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge