# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00387-CMA

JASON HILL,

    Petitioner,

v.

WARDEN FCI FLORENCE,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on July 21, 2015 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [26] filed 7/21/2015, is denied.

    Dated at Denver, Colorado this 21st day of July, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                         By: s/   V. Barnes

                                      V. Barnes
                                      Deputy Clerk